## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**SEALED**

**Place of Offense:** **Category No.** II **Investigating Agency** DEA

**City** Lawrence **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number — See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: (1) Ramon Gonzalez Nival    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: aka Santo Ramon Gonzalez Nivar, aka Santo Marino Gonzalez-Nival, a/k/a santo Marino Guerrero Ruiz, etc.

Address: (City & State) Lawrence, Massachusetts

Birth date (Yr only): 1977  SSN (last4#): ____  Sex M  Race: Hispanic  Nationality: Dominican

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Susan Winkler    Bar Number if applicable: 530682

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/24/2017    Signature of AUSA: /s/ Susan Winkler

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ramon Gonzalez Nival

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

⩔JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Category No. **II** Investigating Agency **DEA**

**City** Lawrence  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: (2) Jose Rosado Sanchez    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: a/k/a Chiquto, a/k/a Pequeno, a/k/a Luis D. Resto, a/k/a Timothy O'Leary, a/k/a Luis Vega Martinez

Address: (City & State) Lawrence, Massachusetts

Birth date (Yr only): 1971  SSN (last4#): ____  Sex M  Race: Hispanic  Nationality: Dominican

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA Susan Winkler    Bar Number if applicable 530682

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/24/2017    Signature of AUSA: *Susan Winkler*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Jose Rosado Sanchez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. **II** Investigating Agency **DEA**

City **Lawrence**    Related Case Information:

County **Essex**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **See Additional Information**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **(3) Julio Baez Gonzalez**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name **a/k/a Manolo**

Address **(City & State) Lawrence, Massachusetts**

Birth date (Yr only): **1981** SSN (last4#): _____ Sex **M** Race: **Hispanic** Nationality: **Dominican**

Defense Counsel if known: _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Susan Winkler** Bar Number if applicable **530682**

Interpreter: ☑ Yes ☐ No    List language and/or dialect: **Spanish**

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **5/24/2017**    Signature of AUSA: *Susan Winkler*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Julio Baez Gonzalez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: (4) Ruddy Rafael Soto-Lara    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: aka Flor Saez Guzman, aka Yernan Freight, aka Rafael Ruddy, aka Manuel Gonzalez, aka Flor Saez, aka Peje

Address: (City & State) Lawrence, Massachusetts

Birth date (Yr only): 1978   SSN (last4#): _____   Sex: M   Race: Hispanic   Nationality: Dominican

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Susan Winkler    Bar Number if applicable: 530682

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: 04/13/2017

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Essex House of Correction   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/24/2017    Signature of AUSA: *Susan Winkler*

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ruddy Rafael Soto-Lara

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 8 U.S.C. 1326 | Unlawful Re-entry of Deported Alien | 3 |
| Set 3 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA
**City** Lawrence  **Related Case Information:**
**County** Essex  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: (5) Geronimo Confesor Gonzalez Nivar   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: a/k/a Geronimo Gonzalez Nival, a/k/a Geronimo Ruiz Gonzalez, a/k/a Alexie, a/k/a Jaboa
Address: (City & State) Lawrence, Massachusetts
Birth date (Yr only): 1981  SSN (last4#): _____  Sex M  Race: Hispanic  Nationality: Dominican

Defense Counsel if known: _____   Address _____
Bar Number: _____

### U.S. Attorney Information:

AUSA: Susan Winkler   Bar Number if applicable: 530682
Interpreter: ☑ Yes ☐ No   List language and/or dialect: Spanish
Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
Matter to be SEALED: ☑ Yes ☐ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

### Location Status:

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment
Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/24/2017   Signature of AUSA: *Susan Winkler*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Geronimo Confesor Gonzalez Nivar

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 18 U.S.C. 922(g)(5)(a) | Alien Unlawfully Present in the U.S. in Possession of Firearm and Ammunition | 2 |
| Set 3 | 18 U.S.C. 924(d) | Criminal Forfeiture | |
| Set 4 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Lawrence    **Related Case Information:**

**County** Essex
- Superseding Ind./ Inf. ___   Case No. ___
- Same Defendant ___   New Defendant ___
- Magistrate Judge Case Number ___
- Search Warrant Case Number — See Additional Information
- R 20/R 40 from District of ___

**Defendant Information:**

- Defendant Name: (6) Carlos Hernandez   Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: ___
- Address: (City & State) Manchester, New Hampshire
- Birth date (Yr only): 1983   SSN (last4#): 9983   Sex: M   Race: Hispanic   Nationality: Unknown

**Defense Counsel if known:** ___   Address: ___

**Bar Number:** ___

**U.S. Attorney Information:**

- AUSA: Susan Winkler   Bar Number if applicable: 530682
- Interpreter: ☑ Yes ☐ No   List language and/or dialect: Spanish
- Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- Matter to be SEALED: ☑ Yes ☐ No
- ☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

- Arrest Date: 02/26/2017
- ☐ Already in Federal Custody as of ___ in ___
- ☑ Already in State Custody at Essex House of Correction   ☐ Serving Sentence   ☑ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/24/2017   Signature of AUSA: *Susan Winkler*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Carlos Hernandez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet         U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

**City** __Lawrence__   **Related Case Information:**

**County** __Essex__   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number __See Additional Information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __(7) Rory Connolly__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   __(City & State) Manchester, New Hampshire__

Birth date (Yr only): __1983__  SSN (last4#): _____  Sex __M__  Race: __Caucasian__  Nationality: __American__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   __Susan Winkler__   Bar Number if applicable   __530682__

Interpreter:   ☑ Yes   ☐ No   List language and/or dialect:   __Spanish__

Victims:   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   5/24/2017    Signature of AUSA:   _Susan Winkler_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Rory Connolly

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Lawrence     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** (8) Bernaldo Rosario Santiago     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name** a/k/a Bori

**Address** (City & State) Lawrence, Massachusetts

**Birth date (Yr only):** 1991   **SSN (last4#):** 2731   **Sex** M   **Race:** Hispanic   **Nationality:** Unknown

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Susan Winkler     **Bar Number if applicable** 530682

**Interpreter:** ☑ Yes ☐ No     **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/24/2017   **Signature of AUSA:** /s/ Susan Winkler

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Bernaldo Rosario Santiago

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB

₰JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__   Investigating Agency __DEA__

**City** __Lawrence__   Related Case Information:

**County** __Essex__   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See Additional Information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __(9) Diosmary Burgos__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  __(City & State) Lawrence, Massachusetts__

Birth date (Yr only): __1971__  SSN (last4#): __1066__  Sex __F__  Race: __Hispanic__  Nationality: __Dominican__

Defense Counsel if known: _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  __Susan Winkler__   Bar Number if applicable __530682__

Interpreter:  ☑ Yes  ☐ No   List language and/or dialect:  __Spanish__

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __5/24/2017__   Signature of AUSA:  *Susan Winkler*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Diosmary Burgos

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute Heroin, Cocaine, and Fentanyl | 1 |
| Set 2 | 21 U.S.C. 853 | Drug forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  16-mj-2203-MBB; 16-mj-2204-MBB; 16-mj-2205-MBB; 16-mj-2206-MBB; 17-mj-2004-MBB; 17-mj-2005-MBB; 17-mj-2006-MBB; 17-mj-2008-MBB; 17-mj-2009-MBB; 17-mj-2010-MBB; 17-mj-2012-MBB 17-mj-2013-MBB; 17-mj-2028-MBB; 17-mj-2029-MBB; 17-mj-2030-MBB; 17-mj-2031-MBB; 17-mj-2032-MBB; 17-mj-2033-MBB 17-mj-2038-MBB; 17-mj-2039-MBB; 17-mj-2168 through 2177-MBB; 17-mj-2182-MBB; 17-mj-2183-MBB