AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

_Defendant_

Case No. 17cr10142

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (4) Ruddy Rafael Soto Lara, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846
unlawful re-entry of a deported alien, 8 USC 1326

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________.

Date: ______________

______________________________
*Arresting officer's signature*

______________________________
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

*Defendant*

Case No. 17cr 10142

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (5) Geronimo Confesor Gonzalez Nivar,
who is accused of an offense or violation based on the following document filed with the court:

- [x] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846
alien unlawfully in U.S. in possession of firearm and ammunition, 18 USC 922(g)(5)(A)

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________.

Date: ______________

______________________
*Arresting officer's signature*

______________________
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

Defendant

Case No. 17 cr 10142

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (6) Carlos Hernandez, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

Defendant

Case No. 17cr10142

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (7) Rory Connolly, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

Defendant

Case No. 17cr 10142

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (8) Bernaldo Rosario Santiago, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

______
*Arresting officer's signature*

______
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

Case No. 17cr10142

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (9) Diosmary Burgos,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017 Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________
at *(city and state)* __________.

Date: __________

__________
*Arresting officer's signature*

__________
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

Case No. 17cr10142

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (1) Ramon Gonzalez Nival,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________ .

Date: ______________

______________________
*Arresting officer's signature*

______________________
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Ramon Gonzalez Nival, et al.

Case No. 17cr10142

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (2) Jose Rosado Sanchez, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017

Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA

Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*



# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Ramon Gonzalez Nival, et al.<br><br>Defendant | ) | Case No. 17cr10142 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (3) Julio Baez Gonzalez, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute heroin, cocaine, and fentanyl, 21 USC 846

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5/24/2017 — Antonia Alves-Baptista
*Issuing officer's signature*

City and state: Boston, MA — Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*