# UNITED STATES OF AMERICA
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) Criminal No. |
| --- | --- |
| | ) 17-10142-DJC |
| v. | ) |
| 7.  RORY CONNOLLY; | ) |
| 8.  BERNALDO ROSARIO SANTIAGO, A/K/A BORI; and | ) |
| 9.  DIOSMARY BURGOS, | ) |

## [PROPOSED] ORDER OF EXCLUDABLE DELAY

Upon consideration of the Assented-To Motion for Order of Excludable Delay pursuant to the Speedy Trial Act filed by the United States of America, by and through Assistant United States Attorney Susan G. Winkler, with the assent of the defendants, the Court finds as follows:

1. This Court conducted the arraignment of defendants Rory Connolly (Defendant #7) and Diosmary Burgos (Defendant #9) on June 1, 2017. This Court conduct the arraignment of Bernaldo Rosario Santiago, a/k/a Bori (Defendant #8) on June 2, 2107.

2. The Court scheduled an initial status conference for all defendants in this matter on July 11, 2017 at 2:45 p.m.

3. At the arraignment, the defendants assented to the exclusion of the time under the Speedy Trial Act until the initial status conference.

4. I find that the period from the arraignments (June 1 and June 2, 2017, respectively) to the initial status conference (July 11, 2017) is excludable pursuant to Local Rule 112.2(a)(1) and 18 U.S.C. § 3161(h).

5. Moreover, the ends of justice served by granting the continuance from June 1, 2017 (the date of the first arraignment) to July 11, 2017 outweigh the best interest of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) to allow the government to provide automatic discovery, and the defendant to develop his discovery plan and consider the need for pretrial motions under Fed. R. Crim. P. 12(b).

Accordingly, the Court hereby grants the assented-to motion and ORDERS that the period from June 1, 2017 to and including July 11, 2017, be excluded from the Speedy Trial Act computation of the time within which trial in the case must begin, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & 3161(h)(7)(B)(iv).

_____
MARIANNE B. BOWLER
United States Magistrate Judge

Dated:   June _____, 2017